

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| CITY OF EL PASO, | § | No. 08-20-00159-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| MARIA PINA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1458) |
|  | § |  |

# **O R D E R**

The parties' briefing and the record before the Court on appeal repeatedly reference a video of the incident, which was attached as Exhibit C to Plaintiff's First Amended Response to Defendant's Second Amended Plea to the Jurisdiction, Original Traditional Motion for Summary Judgment, and Original No-Evidence Motion for Summary Judgment. *See* C.R. 149. However, we did not receive a copy of this evidence as part of the Clerk's Record. We therefore ask the parties to submit a copy of the video as soon as practicable, and no later than May 9, 2022.

IT IS SO ORDERED this 29th day of April, 2022.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.